**UNITED STATES COURT OF INTERNATIONAL TRADE**

**INFORMATION STATEMENT**

(*Place an "X" in applicable* ☐)

| | |
|---|---|
| **PLAINTIFF:**<br>Hasbro, Inc. et al.<br><br>**ATTORNEY** (*Name, Firm, Address, Telephone Number, E-mail Address*): Jason M. Kenner<br>Sandler, Travis & Rosenberg, P.A.<br>286 Madison Avenue, Suite 1200<br>New York, New York 10017<br>(212) 549-0137<br>jkenner@strtrade.com | **COURT NO.**: 26-01253 |

**CONSTITUTIONAL ISSUE - 28 U.S.C. § 255**

If this action raises an issue of the constitutionality of an Act of Congress, a proclamation of the President or an Executive order, check this box: ☒

**J U R I S D I C T I O N**

**28 U.S.C. § 1581(a) - Tariff Act of 1930, Section 515 - 19 U.S.C. § 1515**

☐ Appraisal   ☐ Classification   ☐ Charges or Exactions   ☐ Vessel Repairs
☐ Exclusion   ☐ Liquidation   ☐ Drawback
☐ Refusal to Reliquidate   ☐ Rate of Duty   ☐ Redelivery

**28 U.S.C. § 1581(b) - Tariff Act of 1930, Section 516 - 19 U.S.C. § 1516**

☐ Appraisal   ☐ Classification   ☐ Rate of Duty

**28 U.S.C. § 1581(c) - Tariff Act of 1930, Section 516A(a)(1), (a)(2) or (a)(3) - 19 U.S.C. §1516a or Section 517(g) – 19 U.S.C. §1517**

(*Provide a brief description of the administrative determination you are contesting, including any relevant Federal Register or Administrative Determination citation(s) and the product(s) involved in the determination. For Section 516A(a)(1) or (a)(2), cite the specific subparagraph and clause of the section.*)

Subparagraph and Clause _____ Agency_____
*Federal Register* or *Administrative Determination* Cite(s) _____
Product(s)_____

**28 U.S.C. § 1581(d) - Trade Act of 1974 - 19 U.S.C. §§ 2273, 2341, 2401b**

☐ U.S. Secretary of Labor   ☐ U.S. Secretary of Commerce   ☐ U.S. Secretary of Agriculture

**28 U.S.C. § 1581(e) - Trade Agreements Act of 1979, Section 305(b)(1) - 19 U.S.C. § 2515** (*Provide a brief statement of the final determination to be reviewed.*)

**28 U.S.C. § 1581(f) - Tariff Act of 1930, Section 777(c)(2) - 19 U.S.C. § 1677f(c)(2)**

Agency:   ☐ U.S. International Trade Commission   ☐ Administering Authority

**28 U.S.C. § 1581(g) - Tariff Act of 1930, Section 641 - 19 U.S.C. § 1641 - or Section 499 - 19 U.S.C. § 1499**

☐ Sec. 641(b)(2)   ☐ Sec. 641(b)(3)   ☐ Sec. 641(c)(1)   ☐ Sec. 641(b)(5)
☐ Sec. 641(c)(2)   ☐ Sec. 641(d)(2)(B)   ☐ Sec. 499(b)

**J U R I S D I C T I O N**
*(Continued)*

| |
|---|
| **28 U.S.C. § 1581(h) - Ruling relating to:** <br> ☐ Classification    ☐ Valuation    ☐ Restricted Merchandise <br> ☐ Rate of Duty    ☐ Marking    ☐ Entry Requirements <br> ☐ Drawbacks    ☐ Vessel Repairs    ☐ Other: _____ <br> _____ |
| **28 U.S.C. § 1581(i)** - *(Cite any applicable statute and provide a brief statement describing jurisdictional basis.)* <br> The Court has jurisdiction under 28 U.S.C. § 1581(i).  Learning Res., Inc. v. Trump, 607 U.S. ---, 2026 WL 477534, at *6 n.1 (2026). |
| **28 U.S.C. § 1582 - Actions Commenced by the United States** <br> ☐ (1) Recover civil penalty under Tariff Act of 1930: <br>    ☐ Sec. 592    ☐ Sec. 593A    ☐ Sec. 641(b)(6) <br>    ☐ Sec. 641(d)(2)(A)    ☐ Sec. 704(i)(2)    ☐ Sec. 734(i)(2) <br> ☐ (2) Recover upon a bond <br> ☐ (3) Recover customs duties |

**R E L A T E D   C A S E (S)**

To your knowledge, does this action involve a common question of law or fact with any other action(s) previously decided or now pending?

| | PLAINTIFF | COURT NUMBER | JUDGE |
|---|---|---|---|
| ☒ Decided: | V.O.S. Selections, Inc., et al. <br> State of Oregon, et al. | 25-00066 <br> 25-00077 | Judges Gary S. Katzmann, Timothy M. Reif, and Jane A. Restani |
| ☐ Pending: | | | |

*(Attach additional sheets, if necessary.)*

/s/ Jason M. Kenner
_____
*Signature of Plaintiff's Attorney*

2/27/2026
_____
*Date*

(As amended, eff. Jan. 1, 1985; Jan. 25, 2000, eff. May 1, 2000; May 25, 2004, eff. Sept. 1, 2004; Nov. 29, 2005, eff. Jan. 1, 2006; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 4, 2012, eff. Jan. 1, 2013; Sept. 18, 2018, eff. Oct. 15, 2018; Oct. 23, 2025, eff. Dec. 1, 2025.)