## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| HASBRO, INC.; and<br>HASBRO INTERNATIONAL TRADING B.V.,<br><br>    *Plaintiffs,*<br><br>    v.<br><br>UNITED STATES; U.S. CUSTOMS AND BORDER PROTECTION; and RODNEY S. SCOTT, in his official capacity as Commissioner of U.S. Customs and Border Protection,<br><br>    *Defendants.* | Court No. 26-01253 |

## CERTIFICATE OF SERVICE

Pursuant to Rule 4(b) and (h) of the United States Court of International Trade, I hereby certify that on February 27, 2026, I caused copies of Plaintiffs' summons and complaint to be served by certified mail, return receipt requested, on

Attorney-in-Charge
International Trade Field Office
Commercial Litigation Branch
U.S. Department of Justice
26 Federal Plaza, Room 346
New York, New York 10278

Office of Chief Counsel
U.S. Customs and Border Protection
1300 Pennsylvania Avenue, Suite 4.4-B
Washington, D.C. 20229

Dated: February 27, 2026

/s/ Jason M. Kenner
Jason M. Kenner
**SANDLER, TRAVIS & ROSENBERG, P.A.**
286 Madison Avenue, Suite 1200
New York, New York 10017
(212) 549-0137
jkenner@strtrade.com